PENICK & FORD, Limited, Incorporated, Defendant-Appellant, v. INTERNATIONAL PATENTS DEVELOPMENT COMPANY, and Corn Products Refining Company, Plaintiffs-Appellees.

No. 6314.

Circuit Court of Appeals, Third Circuit.

Feb. 10, 1938.

Charles H. Howson, of Philadelphia, Pa., Percival H. Truman and Sherman R. Barnett, both of Chicago, Ill., and Hastings, Stockly & Duffy, of Wilmington, Del., for appellant.

Stephen H. Philbin, of New York City, ·Owen N. Elliott, of Cedar Rapids, Iowa, and William G. Mahaffy, of Wilmington, Del., for appellees.

Before BUFFINGTON and DAVIS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

After full argument, study of exhaustive briefs, and careful consideration had, we find no error in the court's reasoning and the conclusion reached. As a restatement of the case would simply be a lengthy opinion by this court and in substance an effort to put in different language what has already been fully and satisfactorily said by the court below in its expansive opinion, 15 F.Supp. 1038, we limit ourselves to affirming the decree below on the court's opinion.